■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND PETERS, Appellant. [651 NYS2d 310] —Appeal by the defendant from four judgments of the Supreme Court, Kings County (Pesce, J.), all rendered June 28, 1995.

Ordered that the judgments are affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Kazepis,* 101 AD2d 816). Miller, J. P., Ritter, Sullivan, Friedmann and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN RAMIREZ, Appellant. [650 NYS2d 1004] —Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered December 19, 1995, convicting him of attempted criminal possession of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Rosenblatt, J. P., Thompson, Santucci and Altman, JJ., concur.